**Electronically Filed
Supreme Court
SCWC-25-0000045
23-MAY-2025
07:57 AM
Dkt. 3 ODAC**

SCWC-25-0000045

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN THE INTEREST OF K. CHILDREN

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-25-0000045; FC-S NO. 21-00160)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's application for writ of certiorari, filed on April 25, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 23, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

